## STATEMENT OF FACTS

I, Timothy Palchak, a Detective with the Metropolitan Police Department, assigned to the FBI Child Exploitation Task Force, being duly sworn, depose and state as follows:

**CYBER TIP 1:** On or about January 4, 2013, law enforcement received a "cyber tip" from the National Center for Missing and Exploited Children (NCMEC). The cyber tip was based on information provided to NCMEC by You Tube, Inc. The cyber tip explained that on or about December 25, 2012, a user uploaded five video files depicting child pornography to an identified web address. The cyber tip identified the user by the email hawkinsearlene@yahoo.com and the name Keith Turner. Associated email addresses include wesleyhawkins2013@hotmail.com, js760151@gmail.com, lilwesley64@gmail.com, wesdabest2010@hotmail.com, and wesleyhawkins2012@gmail.com. The five videos were uploaded from the IP address 98.218.77.80 ("Target IP"). The videos include: (1) two prepubescent boys masturbating each other; (2) two prepubescent boys without any clothes, with one boy using his penis to anally penetrate the other boy; (3) three prepubescent boys engaged in sexual activity with each other, including oral and anal penetration; (4) three prepubescent boys engaged in oral and anal sex with each other; (5) two prepubescent boys engaged in oral and anal sex with each other.

Based on cyber tip 1, law enforcement issued a subpoena to Comcast Corporation for the Target IP during the relevant time period on December 25, 2012. Comcast Corporation provided the name Timothy Graspy at the Target Residence on Park Road, NW, Washington, D.C., as the individual using the Target IP during the relevant time period on December 25, 2012.

**COMMUNICATIONS WITH UNDERCOVER DETECTIVE:** On February 4, 2013, your Affiant, working in an undercover capacity ("UC"), sent an email to js760151@gmail.com, stating, "Cant remember where i found you but i think we are into the same, yng, lil, boy etc." The UC provided an online ID if the individual wanted to chat. The individual replied, "who is this." The UC provided a name and said, "saw your email somewhere i think on image share or youtube, thought we may have similar interest, if not no worries." The individual asked, "do u have vids to share." During the course of the email exchange, the individual said he was 18, that he likes children ages 11 to 17, and that he has videos to share. At approximately 6:22 p.m. on February 4, 2013, the individual sent via email a video of a prepubescent male masturbating. At approximately 8:00 p.m. on February 4, 2013, the individual sent via email a video of a prepubescent male masturbating. The UC also exchanged emails with the same individual at the email address wesleyhawkins2013@hotmail.com.

**CYBER TIP 2:** On March 4, 2013, law enforcement received a cyber tip from the National Center for Missing and Exploited Children (NCMEC). The cyber tip was based on information provided to NCMEC by Microsoft Corporation. The cyber tip explained that on or about January 19, 2013, an individual uploaded approximately 21 images depicting child pornography and/or child erotica to a Skydrive account. Skydrive is a file hosting service owned by Microsoft. Skydrive allows users to upload files to cloud storage in which the uploaded files can be accessed by the user through logging into the service, but the files are stored in a data center owned by a third party. Microsoft Corporation identified the user as Wesley Hawkins,

1

email address wesleyhawkins2013@hotmail.com. The approximately 21 images were uploaded from the Target IP. These images include the following: (1) a prepubescent female child and a prepubescent male child standing next to each other without any clothes on where the female child is holding the male child's penis; (2) a male prepubescent child lying on his back with his legs in the air with an erect penis; and (3) a prepubescent male child lying on his back with his eyes closed and with his underwear pulled down to make the child's penis visible.

**CYBER TIP 3:** On March 4, 2013, law enforcement received a cyber tip from the National Center for Missing and Exploited Children (NCMEC). The cyber tip was based on information provided to NCMEC by Microsoft Corporation. The cyber tip explained that on or about March 4, 2013, an individual uploaded approximately 15 files (images and videos) depicting child pornography and/or child erotica to a Skydrive account. Microsoft Corporation identified the user as Wesley Hawkins, email address wesleyhawkins2013@hotmail.com. The approximately 15 files were uploaded from the Target IP. These files include a video of two prepubescent males engaging in sexual conduct, including what appears to be anal penetration of one male child by the other male child.

Based on cyber tip 3, law enforcement issued a subpoena to Comcast Corporation for the Target IP during the relevant time period on March 4, 2013. Comcast Corporation provided the name Timothy Graspy at the Target Residence, as the individual using the Target IP during the relevant time period on March 4, 2013.

**CYBER TIP 4:** On March 28, 2013, law enforcement received a cyber tip from the National Center for Missing and Exploited Children (NCMEC). The cyber tip was based on information provided to NCMEC by Google, Inc. The cyber tip explained that on or about March 25, 2013, an individual uploaded approximately 1 file depicting child pornography. Google, Inc. identified the user as js760151@gmail.com. The file was uploaded from a different IP address than the Target IP. The file contains an image of what appears to be one prepubescent male child and one male child. The prepubescent child is lying on his stomach on a bed. The other male child is on his knees straddling the prepubescent child with his penis appearing to penetrate the anus of the prepubescent child.

On June 10, 2013, law enforcement executed a search warrant at the Target Residence. Law enforcement seized a laptop computer, which was previewed on scene and found to contain approximately 17 videos depicting child pornography. Law enforcement also seized an iPhone, which they were unable to preview on scene. Law enforcement interviewed the defendant, WESLEY HAWKINS. The defendant initially denied having any child pornography. However, the defendant later admitted that he possessed child pornography and said the child pornography was in the "downloads" file on his laptop computer.

_____
Timothy Palchak
Detective

Sworn before me this \_\_\_\_\_ day of _____

_____
Magistrate Judge John M. Facciola
United States District Court for the District of Columbia