IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAG. NO.  13-0478 (JMF) |
| | ) | |
| WESLEY HAWKINS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR LEAVE TO ATTEND EVENT**

Mr. Wesley Hawkins, through undersigned counsel, respectfully asks this Honorable Court to grant him leave to attend a family event in Maryland on Saturday, June 15, 2013. Specifically, he wishes to attend the ROTC graduation ceremony for his cousin.[1]

At his initial appearance on June 10, 2013, Mr. Hawkins was ordered released from custody and placed in the High Intensity Supervision Program.  On June 11, 2013, Mr. Hawkins reported as directed to the Pretrial Services Agency; he has since been compliant with all their requests. As one condition of his release, this Court ordered that Mr. Hawkins have no contact with minors.  Mr. Hawkins would like to attend the family event but is aware that minors may be present at the ceremony.  He asks for leave to attend the ceremony in the presence of his mother. Both he and his mother understand that they are to be together at all times during the festivities. Counsel has consulted with counsel for the government and the latter has no objection to Mr. Hawkins's request.

---

[1] As of this filing, counsel is awaiting a return call from Mr. Hawkins's mother with the name of the exact military base on which the ceremony is to be held.  Mr. Hawkins's mother indicated that the events were scheduled for Saturday morning at an army base approximately one hour from Washington, D.C.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____

LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500