THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MAG. NO.  13-0478 (JMF) |
| ) | |
| WESLEY HAWKINS ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration of Mr. Hawkins's Unopposed Motion for Leave to Attend Event, it is by the Court hereby

ORDERED that the Motion is GRANTED and that Mr. Hawkins may attend the event in the presence of his mother.

SO ORDERED.

_____                    _____
DATE                                                                JOHN M. FACCIOLA
                                                                              UNITED STATES MAGISTRATE JUDGE