UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| WESLEY HAWKINS, | : | VIOLATION |
| Defendant. | : | 18 U.S.C. § 2252A(a)(5)(B) |
| | : | (Possession of Child Pornography) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about December 25, 2012, and on or about June 10, 2013, in the District of Columbia, the defendant, **WESLEY HAWKINS**, did knowingly possess more than 600 images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which items depicted prepubescent minors or minors under the age of twelve years, which items were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and which items were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Section 2252A(a)(5)(B))

RONALD C. MACHEN JR.
United States Attorney

_____
Cassidy Kesler Pinegar, D.C. Bar No. 490163
Assistant United States Attorney
555 4th Street, N.W., Room 10-812
Washington, D.C. 20530
202-252-7765
Cassidy.Pinegar@usdoj.gov