

Ward 1 Drug Free Coalition

February 20, 2013

To Whom It May Concern:

It is with great pleasure that I write this letter of recommendation for Wesley Hawkins. I have had the pleasure of knowing Wesley for five years. I met Wesley as a youth member of the Ward 1 Drug Free Community Coalition at it's inception. Over the years, I have watched him grow into an outstanding young man and youth leader. He has represented the coalition at youth leadership trainings and conferences in Louisville, Kentucky, Phoenix, Arizona, Florida, and Washington, D.C.

Wesley has taken what he learned in those trainings at put it to work in the community in which he resides by influencing other youth to get involved in community change activities. He also, serves as a role model and positive influence to not only his peers, but to adults as well to make healthy life style choices and to speak out against underage drinking and substance use and abuse in the community.

Wesley is a natural born leader. He sets himself apart from the crowd and has no problem in speaking up for not only himself but for other youth as well. Wesley, is of strong moral character and continues to take a lead in implementing youth driven activities for the coalition. Wesley is also very articulate, dependable and self motivated to accomplish whatever goals he sets for himself.

There is no doubt in my mind that we will read about the contributions that Wesley Hawkins will make to our society as he continues to grow and make his dreams become reality.

Sincerely,

*Marsha K Middleton*

Marsha Middleton
Program Coordinator
Ward 1 DFC

## The Booker T. Washington Public Charter School for Technical Arts

February 15, 2013

To Whom It May Concern:

Wesley Hawkins is a hard working student who wants nothing more than to be successful. In the time I began working for Booker T. Washington PCS, I took notice to those students that had the desire and dedication to succeed, among them stood Mr. Hawkins. Wesley steps up to the plate and displays leadership qualities on a daily basis. He participates regularly and leads group discussions. He is dedicated to his learning environment and wants to share his acquired skills amongst his peers.

Wesley has proven that he has what it takes to be a team leader. He realized his own strengths and weaknesses and decided that it was high time he committed to his academics. For that I applaud him. He is not a student waiting idle for a teacher's handouts to ensure his academic success. Although his life has not been without several bumps in the road, Wesley understands that it is up to him to continue on the path to success.

I am proud of the changes that I have witnessed in Mr. Hawkins over the past four years. His high GPA and ranking in the top 20 percent of his class is a true testament to his commitment to academic excellence.

I believe that Mr. Hawkins would benefit tremendously from admission to your school or scholarship. He is hard working, outgoing, tenacious and determined. Wesley is compassionate about his academics and has the ability to lead others in a positive direction.

If you should have any questions, please do not hesitate to contact me at 202-232-6090.

Sincerely,

Terry Gray
US History Instructor

1346 Florida Ave. NW
Washington, DC 20009

Tel: 202 232-6090
Fax: 202 232-6282

07-07-09P01:17 RCVD

To Whom It May Concern:

I am very pleased to recommend Wesley Hawkins for admission to your High School. As his mentor for the past 2 years I have watched this young man develop both academically and personally into a mature individual ready in every way for his high school years. Wesley is bright, energetic, compassionate and genuinely well rounded. His grades have been consistently above average in all of his courses, and he has actively participated in his church soup kitchen. Wesley has express to me that he would like to pursue a career in acting.

It is clear to me as I hope it is to you that this young man, Wesley Hawkins, is an exceptional candidate, one that would contribute greatly to any program. I wholeheartedly recommend him and wish him the very best in all future endeavors.

Sincerely,
Keith Parham
Special Education Assistant,
Community Academy PCS



# ALWAYS HAS A PENCIL

## Wesley Hawkins

*Is awarded this certificate by a group of his peers on this Eighteenth day of June in the year 2009*

# Community Academy Public Charter Schools
*" Expectations of Excellence"*

# STUDENT OF THE MONTH

This award is presented to

*Wesley Hawkins*

For maintaining excellent attendance and citizenship during the month of January 2005

Given this 10th day of February in the year 2005.

_Leonard A. Upson_  2-10-05
Leonard A. Upson, Chief Academic Officer  Date

_Damon F. Rog_  2·10·05
Classroom Teacher  Date



Kappa Scholarship Endowment Fund, Inc.®

Dr. Sidney D. Redmond Scholarship
Ulysses B. & Christine Hammond Scholarship
Fleeks B. Hazel, Sr. Memorial Scholarship
Xi '55 Kappa Alpha Psi Fraternity, Inc. Scholarship
B. Doyle and Cynthia Mitchell Scholarship
Ernest Eugene Hanks Scholarship

Award of
$4,000 to be distributed in $1,000 annual installments
Presented to
*Wesley K. Hawkins*
Of

Booker T. Washington PCS
For
Outstanding Academic Achievement
High Moral Character
Leadership
And

Participation in Extra-Curricular Activities
June 3, 2013

Erick L. Jackson, Polemarch
Washington (DC) Alumni Chapter
Kappa Alpha Psi Fraternity, Inc.

Vincent C. Bruton, President
Kappa Scholarship Endowment
Fund, Inc.®