

# Community Academy Public Charter Schools
*"Expectations of Excellence"*

# HONOR ROLL

## Wesley Hawkins

Is presented this award for students who received a combination of 3's and 4's in all major subjects



Given this day: June 22nd in the year Two Thousand and Six

*Teacher*

*Kyle R. Williams*
*Academy Leader*

# THE BOOKER T. WASHINGTON PUBLIC CHARTER SCHOOL FOR TECHNICAL ARTS



*CERTIFICATE OF OUTSTANDING ACADEMIC PERFORMANCE*

# WESLEY HAWKINS

In recognition of your exceptional progress in meeting academic standards in

# ENGLISH I

*at the 11th Annual Awards Day Program*
*Thursday, May 27, 2010*

_____
Dr. G. Hope Asterilla, Principal

_____
Ms. Eveline Richelieu, English I Instructor

# THE BOOKER T. WASHINGTON PUBLIC CHARTER SCHOOL FOR TECHNICAL ARTS



## CERTIFICATE OF OUTSTANDING ACADEMIC PERFORMANCE

# WESLEY HAWKINS

In recognition of your exceptional progress in meeting academic standards in

## SENIOR PORTFOLIO

at the 14th Annual Awards Day Program
Wednesday, May 22, 2013

_____  _____
Dr. G. Hope Asterilla, Principal    Ms. Melissa Johnson, Business Applications/Portfolio Teacher

## THE BOOKER T. WASHINGTON PUBLIC CHARTER SCHOOL FOR TECHNICAL ARTS



## CERTIFICATE OF OUTSTANDING IMPROVEMENT

## WESLEY HAWKINS

In recognition of your significant academic growth and development
In



## PRE CALCULUS

At the 14th Annual Awards Day Program
Wednesday, May 22, 2013

_____    _____
Dr. G. Hope Asterilla, Principal    Mr. Joseph Sawyer, Math Teacher

THE BOOKER T. WASHINGTON PUBLIC CHARTER SCHOOL FOR TECHNICAL ARTS



## Certificate of Outstanding Attendance

# WESLEY HAWKINS

In recognition of your 90% attendance during SY 2012- 2013

In

## PHYSICS

at the 14ʰ Annual Awards Day Program
Wednesday, May 22, 2013

_____  _____
Dr. G. Hope Asterilla, Principal    Mr. Michael Lesesne, Science Teacher

# This Certificate of

## Honor Roll




Is hereby given to:

### Wesley Hawkins

For achieving a high standard of academic excellence by maintaining a **3.387** grade point average during the 3rd advisory at Booker T. Washington Public Charter School for the Technical Arts



_____
Dr. G. Hope Asterilla, Principal

_____
Ms. Krystle Joyner, School Counselor

# Community Academy Public Charter Schools
### The City of Washington in the District of Columbia

## CERTIFICATE OF PROMOTION

### Wesley Hawkins

*Has completed the course of study prescribed for the*

### Middle School

Given this day: June Eighteenth in the year Two thousand and nine.

*In testimony whereof we have affixed our signatures June 2009.*

_____
Kent B. Amos, Founder

_____
Charles H. Harden, Jr., Academy Leader