**EXHIBIT 1**

Emails between UC and js760151@gmail.com
All emails occurred on Feb. 4, 2013, unless otherwise noted

|    | FROM     | TO       | TIME    | MESSAGE |
|----|----------|----------|---------|---------|
| 1  | UC       | js760151 | 4:06 pm | Cant remember where i found you but i think we are into the same, yng, lil, boy, etc……. im [redacted] on yahoo if you wanna chat |
| 2  | js760151 | UC       | 4:22 pm | who is this |
| 3  | UC       | js760151 | 4:26 pm | Hey Im [Redacted] saw your email somewhere i think on image share or youtube, thought we may have similar interest, if not no worries. |
| 4  | js760151 | UC       | 4:35 pm | do u have vids to share |
| 5  | UC       | js760151 | 4:37 pm | I am bi here have a few shots of my daughter. 42 M perv bi dad here in DC with exp in this area. you? what ages you into? |
| 6  | js760151 | UC       | 4:41 pm | what u have a daughter |
| 7  | UC       | js760151 | 4:43 pm | yes , how old are you ? location? what kinds of vids you have? |
| 8  | js760151 | UC       | 4:46 pm | 18 and what kind do u have |
| 9  | UC       | js760151 | 4:47 pm | my daughter is 12, have some of her and when she was 10. I like 3-12 you? |
| 10 | js760151 | UC       | 4:49 pm | how old are you, do u have boys and girls, do u have videos,and i like 11-17 |
| 11 | UC       | js760151 | 4:51 pm | I am 42, my daughter is 12 and we have been playing around for a while. I have pics of her lil tits and pussy, have a vid i took a while back but it is a very large file to upload. you have any to share? |
| 12 | js760151 | UC       | 4:52 pm | send a pic of her but she doesn't have to be naked and yes |
| 13 | UC       | js760151 | 4:53 pm | Cool, here is one of her, any you can send would be great |
| 14 | js760151 | UC       | 4:55 pm | at work how long will u be online |
| 15 | UC       | js760151 | 4:57 pm | till around 9 or 930, what time you get home? |
| 16 | js760151 | UC       | 4:58 pm | before tht wat kind of video do u have and want |
| 17 | UC       | js760151 | 5:00 pm | The youngest you got, really like under 12. you have any exp with young ? any hook ups? |
| 18 | js760151 | UC       | 5:02 pm | the youngest i have is 8,9,10,11,and 12 |
| 19 | UC       | js760151 | 5:03 pm | Perfect :)  you have any young that you play with in real time? |
| 20 | js760151 | UC       | 5:03 pm | no do u |
| 21 | UC       | js760151 | 5:05 pm | Yes, im fully active with my 12 yo daughter and have played with my 11 yo nephew |
| 22 | js760151 | UC       | 5:06 pm | send a naked pic of her please |
| 23 | UC       | js760151 | 5:07 pm | ill send one of her ass for right now to show im cool, but i need you to send something if you have it |
| 24 | js760151 | UC       | 5:08 pm | talk again soon |

1

| 25 | UC | js760151 | 5:08 pm | what time tonight? |
|---|---|---|---|---|
| 26 | js760151 | UC | 6:09 pm | i am back |
| 27 | UC | js760151 | 6:11 pm | Cool, im here love to see what you have |
| 28 | js760151 | UC | 6:13 pm | wat u want |
| 29 | UC | js760151 | 6:16 pm | vid of the youngest would be great. you gay? bi? straight? |
| 30 | js760151 | UC | 6:21 pm | bi send one of u playing with your daughter **ATTACHMENT (CP)** |
| 31 | UC | js760151 | 6:26 pm | Hot!, bi here too. The vid I have wont upload cause its to big. But here is a shot of her pussy |
| 32 | js760151 | UC | 6:29 pm | try to send the vid |
| 33 | UC | js760151 | 6:29 pm | Have you ever played or fucked any young ? any access? |
| 34 | UC | js760151 | 6:30 pm | trying the hour glass keeps turning it may be to large its long as hell |
| 35 | js760151 | UC | 6:31 pm | no and please try if u have to send it as an online file |
| 36 | UC | js760151 | 6:34 pm | i transferred it from my ihpone to my computer, i still have it on my iphone but im sure it will be big to send there as well but i could try if you want [redacted] |
| 37 | js760151 | UC | 6:37 pm | send it to my other email |
| 38 | UC | js760151 | 6:38 pm | whats your other email? send me a test so i know i get it |
| 39 | js760151 | UC | 6:39 pm | wesleyhawkings2013@hotmail.com |
| 40 | js760151 | UC | 7:33 pm | did u get it |
| 41 | UC | js760151 | 7:39 pm | yes, it still wont fully download on the attachment though for some reason, should i try to send it by text to your phone? |
| 42 | js760151 | UC | 7:40 pm | what are u trying to send what kind of video |
| 43 | UC | js760151 | 7:44 pm | its me and my daughter having sex, i filed it on my phone, but its over in an hour long so its not attaching. Im not the best with computers, but maybe we can meet up one day and swap some CD's if your close to DC |
| 44 | js760151 | UC | 7:47 pm | send another naked pic of her |
| 45 | UC | js760151 | 7:48 pm | ok sent, can you send another please |
| 46 | js760151 | UC | 7:49 pm | can not really see that one |
| 47 | UC | js760151 | 7:51 pm | you have another |
| 48 | UC | js760151 | 7:52 pm | Would you ever be interested in meeting up to swap? |
| 49 | js760151 | UC | 7:52 pm | u want a pic |
| 50 | UC | js760151 | 7:54 pm | sure pic or vid would be great |
| 51 | js760151 | UC | 8:00 pm | send a vid of you and your nephew **ATTACHMENT (CP)** |
| 52 | UC | js760151 | 8:04 pm | I wish i had one of us |
| 53 | js760151 | UC | 8:16 pm | send a pic of him |
| 54 | UC | js760151 | 8:19 pm | Here he is. Are you close to DC you think we could swap vids sometime? any more to send? |
| 55 | js760151 | UC | 8:38 pm | u do not have a naked pic |

2

| 56 | UC | js760151 | 8:39 pm | not of him i dont |
| 57 | js760151 | UC | 8:42 pm | send a naked pic of your daughter |
| 58 | UC | js760151 | 12:31 on 5/29/13 | Hey how you been, any new pics, love under 12 |
| 59 | | | 12:31 on 5/29/13 | Above message undelivered because email disabled |