**EXHIBIT 2**

Print                                                                                                    Page 1 of 1

Subject: Perv
From: ███████████████
To: wesleyhawkins2013@hotmail.com;
Date: Monday, February 4, 2013 6:42 PM

Hey, let me know if you got it. when i attach it it appears on my end but hour glass moves

Print                                                                    Page 1 of 1

Subject: Re: Perv
From:   ███████████████
To:     wesleyhawkins2013@hotmail.com;
Date:   Wednesday, May 29, 2013 12:33 PM

hey long time, how you been ant new pics of lil

---

**From:** wesley hawkins <wesleyhawkins2013@hotmail.com>
**To:** ███████████
**Sent:** Monday, February 4, 2013 7:02 PM
**Subject:** RE: Perv

got it

---

Date: Mon, 4 Feb 2013 15:42:23 -0800
From: ███████████
Subject: Perv
To: wesleyhawkins2013@hotmail.com

Hey, let me know if you got it. when i attach it it appears on my end but hour glass moves

**Subject:** RE: Perv
**From:** wesley hawkins (wesleyhawkins2013@hotmail.com)
**To:** [redacted]
**Date:** Monday, February 4, 2013 7:02 PM

got it

---

Date: Mon, 4 Feb 2013 15:42:23 -0800
From: [redacted]
Subject: Perv
To: wesleyhawkins2013@hotmail.com

Hey, let me know if you got it. when i attach it it appears on my end but hour glass moves