November 18, 2013

Dear Judge Ketanji B. Jackson,

I cannot say how much I regret what I have done. I have disappointed everyone in my family and everyone who has ever cared about me. I hope that I can make up my mistakes and that this will not end my life before it starts. I swear that I will never do this again or any crime ever in my life. And I hope and pray that you will be kind enough to bless me with a second chance.

Sincerely,
Wesley Hawkins