UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Case No.: 13-cr-244 (KBJ) |
| **WESLEY HAWKINS,** | ) ) ) | |
| **Defendant.** | ) ) | |

### NOTICE OF FILING REGARDING MR. HAWKINS' REQUESTED RECOMMENDATIONS TO THE FEDERAL BUREAU OF PRISONS

Defendant, Wesley Hawkins, through undersigned counsel, respectfully submits this Notice Regarding Mr. Hawkins' Requested Recommendations to the Federal Bureau of Prisons. As set forth in defendant's submissions and as discussed at the November 21, 2013 sentencing, the defense believes that Mr. Hawkins, due to his age, appearance, as well as other factors, will be particularly vulnerable to abuse while incarcerated. This situation is exacerbated by the fact that BOP regulations do not permit the placement of Mr. Hawkins at a federal prison camp.

Based on counsel's research, Mr. Hawkins respectfully requests that the Court recommend the following institutions in order of preference in its Judgment:

1. FCI Fort Dix - Low.

2. FCI Allenwood - Low.

3. FCI Peterbsurg - Low.

In addition, the defense respectfully requests that the Court include the following language in the Judgment (or something similar): that "the Court strongly recommends Mr. Hawkins' placement at one of the above-listed institutions. This recommendation is based on Mr. Hawkins' young age (19 years old), the need for him to be close to his family, and this

Court's finding that Mr. Hawkins may be particularly vulnerable to abuse while incarcerated."

                                        Respectfully submitted,

                                        A.J. Kramer
                                        Federal Public Defender

                                              /s/
                                        Jonathan S. Jeffress
                                        Assistant Federal Public Defender
                                        625 Indiana Ave., N.W., Suite 550
                                        Washington, D.C.  20004
                                        (202) 208-7500